UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 7

Snap One, LLC (d/b/a SnapAV, d/b/a Control 4)

                                        Plaintiff,

                                                        Court No. 23-00079
                    v.                                  and Attached Schedule

United States

                                        Defendant.


## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: April 28, 2025

                                        s/ Sarah M. Wyss
                                        _____
                                        Attorney for Plaintiff

                                        5335 Wisconsin Avenue, NW, Suite 810
                                        _____
                                        Street Address

                                        Washington, D.C., 200015
                                        _____
                                        City, State and Zip Code

                                        (202) 688-3610
                                        _____
                                        Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 23-00079 | Snap One, LLC (d/b/a SnapAV, d/b/a Control 4) | See attached Schedule. | See attached Schedule. |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                              By: _____
                                                             Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)

SCHEDULE OF PROTESTS

**Electronics**
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270421158637 | 11/22/2021 | 10/14/2022 | 79127229891 | 08/21/2020 | 10/21/2022 | 2704 |
| 270421158638 | 11/22/2021 | 10/12/2022 | 79127285604 | 8/26/2020 | 7/2/2021 | 2704 |
| 270421158640 | 11/22/2021 | 10/14/2022 | 79127285331 | 08/27/2020 | 10/21/2022 | 2704 |
| 270421158850 | 12/17/2021 | 10/12/2022 | 79127562101 | 9/15/2020 | 7/22/2021 | 2704 |
| 270421158855 | 12/17/2021 | 10/12/2022 | 79127744154 | 9/28/2020 | 8/4/2021 | 2704 |
| 270421158856 | 12/17/2021 | 10/12/2022 | 79128002255 | 10/18/2020 | 8/24/2021 | 2704 |
| 270421158857 | 12/17/2021 | 10/12/2022 | 79128055675 | 10/23/2020 | 8/29/2021 | 2704 |
| 270421158915 | 12/23/2021 | 10/12/2022 | 79128494403 | 11/24/2020 | 10/22/2021 | 2704 |
| 270422160535 | 05/24/2022 | 10/12/2022 | 79129144742 | 01/02/2021 | 11/26/2021 | 2704 |
| 270422160536 | 05/24/2022 | 10/12/2022 | 79129155433 | 01/04/2021 | 11/26/2021 | 2704 |
| 270422160569 | 05/26/2022 | 10/12/2022 | 79129224429 | 01/07/2021 | 12/03/2021 | 2704 |
| 270422160572 | 05/26/2022 | 10/12/2022 | 79129251661 | 01/12/2021 | 12/10/2021 | 2704 |
| 270422160575 | 05/26/2022 | 10/13/2022 | 79129251141 | 01/16/2021 | 12/10/2021 | 2704 |
| 270422160581 | 05/27/2022 | 10/14/2022 | 79129332057 | 01/21/2021 | 10/21/2022 | 2704 |
| 270422160586 | 05/27/2022 | 10/12/2022 | 79129472747 | 01/27/2021 | 12/24/2021 | 2704 |
| 270422160829 | 06/17/2022 | 10/12/2022 | 79129677303 | 02/18/2021 | 01/14/2022 | 2704 |
| 270422160831 | 06/17/2022 | 10/14/2022 | 79129665738 | 03/01/2021 | 01/21/2022 | 2704 |
| 270422160910 | 06/27/2022 | 10/12/2022 | 79129944018 | 03/01/2021 | 01/21/2022 | 2704 |
| 270422160914 | 06/27/2022 | 10/12/2022 | 79129980624 | 03/12/2021 | 01/28/2022 | 2704 |
| 270422160915 | 06/27/2022 | 10/12/2022 | 79129973967 | 03/05/2021 | 01/28/2022 | 2704 |
| 270422160916 | 06/27/2022 | 10/12/2022 | 79130083327 | 03/10/2021 | 02/04/2022 | 2704 |
| 270422160921 | 06/27/2022 | 10/12/2022 | 79130132546 | 03/15/2021 | 02/04/2022 | 2704 |
| 270422160923 | 06/27/2022 | 10/13/2022 | 79130240414 | 03/23/2021 | 02/18/2022 | 2704 |
| 270422160964 | 07/01/2022 | 10/12/2022 | 79130365104 | 04/06/2021 | 03/04/2022 | 2704 |
| 270422161069 | 07/13/2022 | 10/12/2022 | 79130304533 | 04/04/2021 | 02/25/2022 | 2704 |
| 270422161074 | 07/13/2022 | 10/12/2022 | 79130471910 | 04/06/2021 | 03/04/2022 | 2704 |
| 270422161075 | 07/13/2022 | 10/12/2022 | 79130472413 | 04/06/2021 | 03/04/2022 | 2704 |
| 270422161118 | 07/18/2022 | 10/12/2022 | 79130644664 | 04/16/2021 | 03/11/2022 | 2704 |
| 270422161121 | 07/18/2022 | 10/12/2022 | 79130682144 | 04/20/2021 | 03/18/2022 | 2704 |
| 270422161164 | 07/22/2022 | 10/12/2022 | 79130778439 | 04/27/2021 | 03/25/2022 | 2704 |
| 270422161165 | 07/22/2022 | 10/12/2022 | 79130802866 | 05/02/2021 | 03/25/2022 | 2704 |
| 270422161169 | 07/22/2022 | 10/12/2022 | 79130873297 | 05/03/2021 | 03/25/2022 | 2704 |
| 270422161234 | 07/27/2022 | 10/13/2022 | 79130817054 | 05/15/2021 | 03/25/2022 | 2704 |
| 270422161262 | 07/29/2022 | 10/12/2022 | 79131088150 | 05/18/2021 | 04/15/2022 | 2704 |
| 270422161270 | 07/29/2022 | 10/12/2022 | 79131232634 | 05/25/2021 | 04/22/2022 | 2704 |
| 270422161292 | 08/01/2022 | 10/14/2022 | 79131295722 | 06/05/2021 | 04/22/2022 | 2704 |
| 270422161318 | 08/02/2022 | 10/12/2022 | 79131461183 | 06/10/2021 | 05/06/2022 | 2704 |
| 270422161322 | 08/02/2022 | 10/12/2022 | 79131477296 | 06/13/2021 | 05/06/2022 | 2704 |
| 270422161352 | 08/03/2022 | 10/12/2022 | 79131613080 | 06/20/2021 | 05/13/2022 | 2704 |
| 270422161368 | 08/04/2022 | 10/12/2022 | 79131715638 | 06/25/2021 | 05/20/2022 | 2704 |
| 270422161371 | 08/04/2022 | 10/12/2022 | 79131762739 | 06/29/2021 | 05/27/2022 | 2704 |
| 270422163564 | 12/14/2022 | 3/1/2023 | 79132437497 | 08/13/2021 | 07/08/2022 | 2704 |
| 270422163565 | 12/14/2022 | 3/1/2023 | 79132391827 | 08/13/2021 | 07/08/2022 | 2704 |
| 270422163568 | 12/14/2022 | 3/1/2023 | 79132448197 | 08/12/2021 | 07/08/2022 | 2704 |
| 270422163569 | 12/14/2022 | 3/1/2023 | 79132467775 | 08/15/2021 | 07/08/2022 | 2704 |
| 270422163570 | 12/14/2022 | 3/1/2023 | 79132640603 | 08/25/2021 | 07/22/2022 | 2704 |
| 270422163608 | 12/15/2022 | 3/1/2023 | 79132742979 | 09/13/2021 | 08/05/2022 | 2704 |
| 270422163614 | 12/15/2022 | 3/1/2023 | 79132876058 | 09/10/2021 | 08/05/2022 | 2704 |
| 270422163622 | 12/15/2022 | 3/1/2023 | 79132939690 | 09/15/2021 | 08/12/2022 | 2704 |
| 270422163624 | 12/15/2022 | 3/1/2023 | 79132555397 | 08/19/2021 | 07/15/2022 | 2704 |
| 270423164036 | 01/13/2023 | 3/1/2023 | 79134310833 | 12/07/2021 | 11/04/2022 | 2704 |
| 270423164044 | 01/13/2023 | 3/1/2023 | 79134343255 | 12/09/2021 | 11/04/2022 | 2704 |
| 270423164193 | 01/24/2023 | 3/2/2023 | 79134416895 | 12/14/2021 | 11/11/2022 | 2704 |
| 270423164196 | 01/24/2023 | 3/2/2023 | 79134468243 | 12/14/2021 | 11/11/2022 | 2704 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 270423164203 | 01/24/2023 | 3/2/2023 | 79134524250 | 12/17/2021 | 11/11/2022 | 2704 |
| 270423164210 | 01/24/2023 | 3/9/2023 | 79134786321 | 01/07/2022 | 12/02/2022 | 2704 |
| 270423164212 | 01/24/2023 | 3/9/2023 | 79134816763 | 01/10/2022 | 12/09/2022 | 2704 |
| 272022104449 | 07/01/2022 | 10/12/2022 | 79130454809 | 04/05/2021 | 01/28/2022 | 2704 |
| 390122126971 | 06/27/2022 | 10/12/2022 | 79129974007 | 03/02/2021 | 02/25/2022 | 2704 |